JUDGE PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ROBERT EARL ROGERS,<br>Defendant. | CR04-509P<br><br>ORDER CONTINUING TRIAL DATE TO SEPTEMBER 19, 2005 |

THIS MATTER having come before the Court on the joint motion of the parties for an order continuing the trial date and related proceedings in this cause, and the Court having considered the motion, the records and files herein, the Court now finds and rules as follows:

The defendant is physically unable to appear at this time. The failure to grant the motion would be to deny the defendant the right to appear. The defendant has requested a continuance of trial and executed a waiver of his right to a speedy trial. Accordingly, the ends of justice served by granting the motion outweigh the best interest of the public in a speedy trial.

IT IS THEREFORE ORDERED that the motion is granted and the trial date is continued from June 27, 2005, to September 19, 2005.

IT IS FURTHER ORDERED that the deadline for filing pretrial motions is reset

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

to August 8, 2005.

IT IS FURTHER ORDERED that the period of time between June 27, 2005, and September 19, 2005, shall be excluded in computing the time within which the trial must commence.

DATED this 22nd day of June, 2005.

[signature]

Marsha J. Pechman
United States District Court

Presented by:

s/Brian Tsuchida
WSBA No. 14886
Attorney for Defendant
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
brian_tsuchida@fd.org

ORDER CONTINUING TRIAL DATE- 2
(Robert Rogers, CR04-509P)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**